| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  WOODLOCK, DOUGLAS P | 2. Court or Organization  DISTRICT OF MASSACHUSETTS | 3. Date of Report  05/20/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  United States Courthouse Suite 4110, 1 Courthouse Way Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Member, Board of Advisers (resigned 1/31/07) | The Petra Foundation (501(c)(3)) |
| 3. Trustee | Trust No. 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 27 A 10: 35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Liquidated 2001 | | | | | | | | | |
| 2. Liquidated 2001 | | | | | | | | | |
| 3. Fidelity Cash Reserves (Money Market) [FDRXX] (Y) | | | | | | | | | |
| 4. Merrill Lynch CMA Tax Exempt (Money Market) (X) (Y) | A | Dividend | K | T | | | | | |
| 5. No longer reportable 2007 | | | | | | | | | |
| 6. Liquidated 2000 | | | | | | | | | |
| 7. Liquidated 1995 | | | | | | | | | |
| 8. Liquidated 1993 | | | | | | | | | |
| 9. Liquidated 2002 | | | | | | | | | |
| 10. Liquidated 1993 | | | | | | | | | |
| 11. Liquidated 2004 | | | | | | | | | |
| 12. Liquidated 1995 | | | | | | | | | |
| 13. Fidelity Ginnie Mae [FGMNX] | B | Dividend | L | T | Bought | 4/18 | L | | |
| 14. Fidelity Independence [FDFFX] | A | Dividend | L | T | | | | | |
| 15. Fidelity Growth Company [FDGRX] | B | Dividend | M | T | Partial Sale | 4/18 | L | E | |
| 16. Fidelity Magellan [FMAGX] | D | Dividend | M | T | Partial Sale | 4/18 | L | D | |
| 17. Liquidated 1995 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Liquidated 1995 | | | | | | | | | |
| 19. Fidelity Convertible Securities [FCVSX] | C | Dividend | L | T | | | | | |
| 20. Liquidated 1999 | | | | | | | | | |
| 21. T.Rowe Price Small Cap [OTCFX] | C | Dividend | L | T | Partial Sale | 4/26 | J | C | |
| 22. Liquidated 1998 | | | | | | | | | |
| 23. Putnam Global Natural Resources, Cl.A [EBERX] | | None | | | Sold | 2/12 | L | D | |
| 24. Liquidated 2005 | | | | | | | | | |
| 25. Liquidated 1998 | | | | | | | | | |
| 26. First National Bank of Ipswich (Checking) (X) (Y) | A | Interest | K | T | | | | | |
| 27. Liquidated 1998 | | | | | | | | | |
| 28. Liquidated 1998 | | | | | | | | | |
| 29. Liquidated 1998 | | | | | | | | | |
| 30. Liquidated 1995 | | | | | | | | | |
| 31. Liquidated 1999 | | | | | | | | | |
| 32. Liquidated 1999 | | | | | | | | | |
| 33. Liquidated 1996 | | | | | | | | | |
| 34. Liquidated 1996 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liquidated 2005 | | | | | | | | | |
| 36. Liquidated 2002 | | | | | | | | | |
| 37. Liquidated 2006 | | | | | | | | | |
| 38. No longer reportable 2002 | | | | | | | | | |
| 39. General American Inv. [GAM] (X) (Y) | | None | | | Partial Sale | 3/30 | J | | |
| 40. | | | | | Sold | 5/23 | J | A | |
| 41. Gabelli Equity Trust [GAB] (X) (Y) | B | Dividend | J | T | Partial Sale | 10/10 | J | B | |
| 42. Fidelity Disciplined Equity [FDEQX] (X) (Y) | E | Dividend | M | T | | | | | |
| 43. Fidelity Stock Selector [FDSSX] | C | Dividend | L | T | | | | | |
| 44. Trust No. 1 | F | Distribution | P1 | T | | | | | |
| 45. No longer reportable 2002 | | | | | | | | | |
| 46. Liquidated 1996 | | | | | | | | | |
| 47. Liquidated 2001 | | | | | | | | | |
| 48. Liquidated 2000 | | | | | | | | | |
| 49. Liquidated 2004 | | | | | | | | | |
| 50. Davis New York Venture, Cl.A [NYVTX] | D | Dividend | M | T | Bought | 1/4 | J | | |
| 51. Central Securities Corp. [CET] | | None | | | Sold | 2/20 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T.Rowe Price Blue Chip Growth [TRBCX] | A | Dividend | M | T | | | | | |
| 53. Liquidated 2006 | | | | | | | | | |
| 54. Liquidated 2005 | | | | | | | | | |
| 55. Nantucket MBIA 7/15/17 (Bonds) | B | Interest | | | Redeemed | 7/16 | K | | |
| 56. Liquidated 1998 | | | | | | | | | |
| 57. Liquidated 1999 | | | | | | | | | |
| 58. Liquidated 1999 | | | | | | | | | |
| 59. Liquidated 1999 | | | | | | | | | |
| 60. Liquidated 1999 | | | | | | | | | |
| 61. Liquidated 1999 | | | | | | | | | |
| 62. Liquidated 1998 | | | | | | | | | |
| 63. Liquidated 1998 | | | | | | | | | |
| 64. Liquidated 2000 | | | | | | | | | |
| 65. Liquidated 2000 | | | | | | | | | |
| 66. Liquidated 2006 | | | | | | | | | |
| 67. Liquidated 2000 | | | | | | | | | |
| 68. High Yield Income [HYI] | | None | | | Sold | 2/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DWS High Inc.Trust[KHI] | A | Dividend | | | Sold | 2/12 | K | | |
| 70. Liquidated 2000 | | | | | | | | | |
| 71. TCW Strategic Income [TSI] | | None | | | Sold | 2/12 | K | | |
| 72. DNP Select Income [DNP] | A | Dividend | | | Sold | 2/12 | J | | |
| 73. Vanguard Prime (Money Market) (X) (Y) | A | Dividend | J | T | | | | | |
| 74. Vanguard Long-Term Treasury [VUSTX] | A | Dividend | | | Sold | 4/13 | K | A | |
| 75. Vanguard Long-Term Investment-Grade [VWETX] | D | Dividend | M | T | Bought | 12/11 | K | | |
| 76. Liquidated 2006 | | | | | | | | | |
| 77. Liquidated 2000 | | | | | | | | | |
| 78. Mass. Turnpike Authority 1/1/13 (Bonds) | B | Interest | K | T | | | | | |
| 79. Liquidated 2005 | | | | | | | | | |
| 80. Liquidated 2005 | | | | | | | | | |
| 81. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | | | | | |
| 82. Vanguard Value Index [VVIAX] | C | Dividend | M | T | | | | | |
| 83. Vanguard 500 Index [VFIAX] | B | Dividend | M | T | | | | | |
| 84. Vanguard Intermediate-Term Bond Index [VBILX] | C | Dividend | M | T | | | | | |
| 85. Vanguard Short Term Bond Index [VBIRX] | B | Dividend | M | T | Partial Sale | 1/26 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Treasury (Money Market) (Y) | | | | | | | | | |
| 87. Liquidated 2001 | | | | | | | | | |
| 88. Liquidated 2001 | | | | | | | | | |
| 89. Liquidated 2000 | | | | | | | | | |
| 90. Van Kampen Mass VIMT [VMV] | C | Dividend | L | T | | | | | |
| 91. Liquidated 2005 | | | | | | | | | |
| 92. Liquidated 2005 | | | | | | | | | |
| 93. Blackrock Fundamental Growth,Cl.B[MBFGX] | | None | | | Sold | 6/15 | K | | |
| 94. Liquidated 2001 | | | | | | | | | |
| 95. Liquidated 2005 | | | | | | | | | |
| 96. Fidelity Advisor High Inc. Advantage, Cl.T [FAHYX] | C | Dividend | L | T | | | | | |
| 97. Sequoia [SEQUX] | E | Dividend | N | T | Pt. Redem. | 11/30 | K | D | |
| 98. | | | | | Pt. Redem. | 12/3 | K | D | |
| 99. | | | | | Pt. Redem. | 12/4 | K | D | |
| 100. | | | | | Pt. Redem. | 12/5 | K | D | |
| 101. Franklin Strategic Small Cap Growth FD II, Cl.B [FBSGX] | D | Dividend | K | T | Partial Sale | 2/21 | J | C | |
| 102. | | | | | Partial Sale | 2/26 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  T. Rowe Price Mid-Cap Value  [TRMCX] | E | Dividend | M | T | | | | | |
| 104.  NASDAQ-100 Trust Series I [QQQQ] | | None | | | Sold | 2/20 | K | C | |
| 105.  Evergreen Money Market Fd.A | A | Dividend | J | T | Tr. fm 104 | 5/1 | K | | |
| 106.  Wachovia Bank Accounts (Y) | | | | | Tr. to 103 | 5/1 | K | | |
| 107.  Liquidated 2005 | | | | | | | | | |
| 108.  Trusts B | C | Distribution | | | Distribution | 1/23 | J | | |
| 109.  T.Rowe Price Value [TRVLX] | C | Dividend | L | T | | | | | |
| 110.  Vanguard Small-Cap Index  [VSMAX] | A | Dividend | M | T | | | | | |
| 111.  Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | | | | | |
| 112.  T.Rowe Price New American Growth [PRWAX] | D | Dividend | L | T | | | | | |
| 113.  T.Rowe Price Equity Income [PRFDX] | D | Dividend | L | T | | | | | |
| 114.  T.Rowe Price New Horizons [PRNHX] | A | Dividend | L | T | Bought | 2/20 | J | | |
| 115.  Trust No. 2 | E | Distribution | O | T | | | | | |
| 116.  T.Rowe Price Emerging Mkts [PRMSX] | D | Dividend | L | T | Bought | 2/12 | L | | |
| 117.  Dodge & Cox International [DODFX] | A | Dividend | L | T | Bought | 2/13 | L | | |
| 118.  Dodge & Cox Income [DODIX] | C | Dividend | L | T | Bought | 2/20 | K | | |
| 119. | | | | | Bought | 4/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. T.Rowe Price Mid-Cap Growth [RPMGX] | E | Dividend | M | T | Bought | 2/23 | K | | |
| 121. | | | | | Bought | 2/27 | K | | |
| 122. Fidelity Real Estate Investment [FRESX] | D | Dividend | L | T | Bought | 4/18 | L | | |
| 123. Gabelli Global Healthcare [GRX] (X) | A | Dividend | J | T | Spin from 39 | 6/29 | J | | |
| 124. Oppenheimer Equity Income [OAEIX] (X) | D | Dividend | K | T | Partial Sale | 2/21 | J | | |
| 125. | | | | | Partial Sale | 8/6 | J | A | |
| 126. | | | | | Partial Sale | 10/12 | J | A | |
| 127. | | | | | Partial Sale | 12/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I and Part VII:

Trust No. 1 (Part I, Item 1; Part VII, Line 44) and Trust No. 2 (Part 1, Item 3; Part VII, Line 115) are revocable trusts which do not appear to meet the definition of an Aggregate Ownership Arrangement. These trusts include reportable assets fully disclosed within Part VII, where the income and value of such holdings are separately reported as part of the individual identification of those assets. Thus, the report of income and value provided for these trusts in Part VII constitutes duplicate reporting of the income and value of the underlying assets.

Part VII, Lines 3, 39, 41, 42, 50, 52, 101, 103, 105, 106, 123, 124

The assets listed at these lines are held, in whole or in part, by a revocable trust or otherwise for the benefit of ████ as to which alternatively ██████████ █████████████████ are the trustees or otherwise exercise control. The assets are not derived from my assets, income or activities and I do not derive or expect to derive a benefit from the trust or its assets. Nevertheless, because I have been exposed to brokerage statements and tax return information regarding these assets, I cannot now say I have no knowledge concerning the holdings. Accordingly, disclosure is being made of these assets in this fashion.

Part VII, Line 108:

During the administration of the will of ████████████, it was discovered that ██████ had received a bequest of modest fractional interests in two trusts [Trusts B] holding ownership of undeveloped properties in the Bahamas. The executor/trustee reports that the properties were sold and the trusts liquidated without gain or loss through final distribution on January 23, 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/20/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544